JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH VANOVER,<br><br>        Plaintiff,<br><br>vs.<br><br>PROGRESSIVE FINANCIAL SERVICES, INC.,<br><br>        Defendant. | CASE NO. CV-14-5412-RGK-JEM<br><br>**ORDER GRANTING STIPULATION TO DISMISS WITH PREJUDICE** |

Having considered the parties' Stipulation for Dismissal, the above-entitled action is hereby dismissed with prejudice. Each party shall bear its own costs and expenses.

IT IS SO ORDERED.

DATED: September 26, 2014

_/s/ Gary Klausner_
UNITED STATES DISTRICT JUDGE

{00022520;1}

1

ORDER
CASE NO. CV-14-5412-RGK-JEM